UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE APPLICATION OF THE ) | |
| UNITED STATES OF AMERICA FOR ) | MISC. NO. 3:07MC150-W |
| AN ORDER PURSUANT TO ) | |
| 18 U.S.C. § 2703(d) ) | ORDER TO UNSEAL |
| ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the United States Application for an Order Pursuant to 18 U.S.C. §2703(d) and any related Court Orders issued thereto be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials be unsealed.

This the 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE